UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JOHN CREWS, JR.,

                      Defendant.
--------------------------------------------------------------x

3-7-23

**ORDER**

13 CR 835-1 (VB)

Copies Mailed/Faxed 3|7|23
Chambers of Vincent L. Briccetti

      In a submission entitled, "Motion to Correct Sentencing Computation by Judicial Recommendation of Properly Applied Commencement Date," which was docketed on March 6, 2023 (Doc. #157), defendant Crews argues, based on what he claims to be new evidence, that the Court should order that his sentence commenced running on September 4, 2013, rather than March 22, 2016.

      By March 28, 2023, the government shall file a response to defendant's motion.

      By April 11, 2023, if he wishes to do so, defendant may file a reply to the government's response.

      Chambers will mail a copy of this Order to defendant at the following address:

John Crews, Jr., Reg. No. 69163-054
FCI McKean
Federal Correctional Institution
P.O. Box 8000
Bradford, PA  16701

Dated: March 7, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge